

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-17-00799-CR

Derri Raye **LUKASIK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9695
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After this court granted appellant three prior extensions, appellant's brief was due June 22, 2018. Appellant has now filed a fourth extension – along with the brief, asking for an additional four days in which to file the brief. We **GRANT** appellant's requested extension and **ORDER** the brief filed. The State's brief is due in this court on or before July 26, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court